63

United States District Court
Southern District of Texas
FILED

JAN 1 9 2016

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  **M- 1 6 - 0 1 2 9** |
| | § | |
| | § | |
| | § | |
| DIONICIO AVILA | § | |
| also known as METRO 85 | § | |
| also known as CHIRICUAS | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

From on or about August 2014, to on or about the present, in the Southern District of Texas and within the jurisdiction of the Court, defendants,


**DIONICIO AVILA**
**also known as METRO 85**
**also known as CHIRICUAS**



did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance.  The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 1,000 kilograms or more of

a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY

TRUE COPY I CERTIFY
ATTEST:
NATHAN OCHSNER, CLERK

By _____
Deputy Clerk

