# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 7:16–cr–00129

Dionicio Avila

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nadia S Medrano

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 11/29/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Appearance
Arraignment & Detention Hrg
Intra−District Transfer Notification − #22

Date:   November 22, 2022

Nathan Ochsner, Clerk