# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 7:16-cr-00129 |
| § | |
| DIONICIO AVILA § | |
| also known as METRO 85 § | |
| also known as CHIRICUAS § | |
| Defendants § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. John F. Carroll, a member of the bar of this Court, hereby enters his appearance as co-counsel for Defendant, Dionicio Avila, in the above numbered and entitled cause. John F. Carroll's contact information is as follows:

John F. Carroll
111 West Olmos Drive
San Antonio, Texas 78212
(210) 829-7183-Phone
(210) 829-0734-Fax
jcarrollsatx@gmail.com
State Bar No. 03888100
Federal I.D. # 12265

Respectfully submitted,

*/s/ John F. Carroll*
John F. Carroll
111 West Olmos Drive
San Antonio, Texas 78212
(210) 829-7183-Phone
(210) 829-0734-Fax
jcarrollsatx@gmail.com

                State Bar No. 03888100  
                Federal I.D. # 12265

                Of Counsel

***CO-COUNSEL FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the above and foregoing Document was ELECTRONICALLY FILED with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record on this the 5th day of December, 2022.

                /s/ John F. Carroll  
                John F. Carroll